**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 11, 2012

Lyle W. Cayce
Clerk

No. 11-60672

INSURASOURCE, INCORPORATED,

> Plaintiff - Appellant

v.

COWLES & CONNELL OF NEW YORK, INCORPORATED; COWLES &
CONNELL OF CONNECTICUT, INCORPORATED,

> Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:11-CV-76

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

We affirm the well-reasoned opinion of the district court, dismissing this case for lack of personal jurisdiction.

With respect to the financing agreements, John A. Rocco, Incorporated, was not an agent of the appellees, and Rocco's conduct is therefore not attributable to the appellees. With respect to the insurance agreements, the appellees did not make any contracts with a resident of Mississippi, commit any

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-60672

torts in Mississippi, or otherwise do business in Mississippi.    Instead, the appellees sold insurance to New Jersey insureds.

AFFIRMED.